UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PROPECIA (FINASTERIDE) PRODUCTS
LIABILITY LITIGATION                                MDL No. 2331

(SEE ATTACHED SCHEDULE)

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order ("CTO-4") was filed in the actions listed on the attached schedule on May 30, 2012. The Panel has now determined that these civil actions were included on the conditional transfer order in error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as CTO-4 filed on May 30, 2012, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PROPECIA (FINASTERIDE) PRODUCTS
LIABILITY LITIGATION                                              MDL No. 2331

SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NEW YORK EASTERN | | | |
| NYE | 1 | 12−02432 | Vivinetto v. Merck &Co., Inc. et al |
| NYE | 1 | 12−02434 | Anzalone v. Merck &Co., Inc. et al |