**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| *IN RE: PROPECIA (FINASTERIDE)*<br>*PRODUCTS LIABILITY LITIGATION* | Master File No.: 1:12-md-02331-JG-VVP<br>MDL No. 2331 |
| This Document Relates to All Cases | Honorable John Gleeson |

**PRACTICE AND PROCEDURE ORDER NO. 2**

**GLEESON, Judge:**

On May 30, 2012 the Parties appeared before the Court for the Initial Status Conference in MDL No. 2331, *In Re Propecia (Finasteride) Product Liability Litigation.*  At the hearing Counsel for Plaintiffs informed the Court that there was general agreement amongst Plaintiffs' Counsel regarding a Proposed Leadership Structure related to this Multidistrict Litigation ("MDL") and that Plaintiffs intended to submit an Application for a Proposed Leadership Structure to the Court shortly following the hearing.   Having heard no objection from Defendants and having reviewed Plaintiffs' Application for Proposed Leadership Structure, the Court **ORDERS**:

**1**.        **Leadership Structure –** The Court appoints the following persons, to serve in the following  capacity on behalf of all Plaintiffs whose claims are transferred to this Court as a result of the Judicial Panel on Multidistrict Litigation's ("JPML") Order dated April 16, 2012 creating MDL 2331, *In Re: Propecia (Finasteride) Products Liability Litigation.*  The obligations of the Executive Committee, Plaintiffs' Steering Committee and Plaintiffs' Leadership will be the subjection of a future Order of this Court:

**Plaintiffs' Executive Committee**:

   Timothy Becker – Johnson Becker, PLLC, Minneapolis, MN

   Marc Grossman - Sanders Viener Grossman, LLP, Mineola, NY

   Trent Miracle - Simmons Browder Gianaris Angelides & Barnerd, LLC, Alton, IL

   Theodore Laszlo - Laszlo Law, Boulder, CO

   Alan Milstein - Sherman, Silverstein, Kohl, Rose & Podolsky, P.A., Morrestown, NJ

**Plaintiffs' Steering Committee:**

   John Romano – Romano Law Group, Lake Worth, FL

   Mark Dicello – The Dicello Law Firm, Mentor, OH

   Mike Galpern – Locks Law Firm, Cherry Hill, NJ

   David Kuttles – The Lanier Law Firm, New York, NY

   Roger Orlando – The Orlando Firm, P.C., Decatur, GA

   Tracy Rezvani - Finkelstein Thompson, LLP, Washington, DC

   Benedict Morelli - Morelli Ratner, P.C., New York, NY

   Jayne Conroy – Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP, New York, NY

   Matt Sill – Sill Law Group, Edmond, OK

   Martin Crump – Davis & Crump, Gulfport, MS

**Co-Liaison Counsel**:

   Benedict Morelli – Morelli Ratner, P.C., New York, NY

   Jayne Conroy - Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP, New York, NY

   2.     **Applicability of Order --** The provisions of this Order shall govern the practice

and procedure in those actions that were transferred to this Court by the JPML pursuant to its

order of April 16, 2012. This Order also applies to all related cases filed in the Eastern District of

2

3

New York and will also apply to any "tag-along actions" later filed in, removed to, or transferred to this Court.

3.      **Common Benefit Assessment** – At the earliest practicable moment, the Executive Committee shall submit to the Court's a Motion for Approval of Common Benefit Time and Case Costs Assessment for all cases transferred into this MDL.  The motion shall propose an appropriate percentage for both common benefit time and cases costs to be taxed against all cases held by law firms who represent clients in this MDL, irrespective of whether the  cases is actually filed in this MDL at the time the case is resolved.

**SO ORDERED:**

Dated: _____

_____

Honorable John Gleeson
United States District Court Judge