# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION | Master File No.: 1:12-md-02331-JG-VVP MDL No. 2331 |
| This Document Relates to All Cases | Honorable John Gleeson |

**AFFIDAVIT OF RANDI KASSAN, ESQ.**

Affiant duly deposed and under oath states as follows:

1. Affiant is an Attorney admitted to practice law in the State of New York as well as the Eastern District of New York.

2. Affiant and every individual proposed for leadership of Plaintiffs' Steering Committee has substantial experience in successfully litigating these types of action.

3. The individual application and/or individual or firm summary biography or *curriculum vitae* for each member of the proposed steering committee is attached as Exhibit B.

Dated:  June 7, 2012                    Respectfully submitted,

/s/: Randi Kassan
Randi Kassan, Esq.
Sanders Viener Grossman, LLP
100 Herricks Road
Mineola, NY, 11501
Phone:  (516) 741-5252
Fax:  (516) 741-1243
Email:  rkassan@thesandersfirm.com