# EXHIBIT B

## CURRICULUM VITAE

## TIMOTHY J. BECKER

For nearly two decades, Timothy J. Becker has protected the rights of clients injured by defective drugs, medical devices and products.  As a partner at Johnson Becker, PLLC, Mr. Becker plays a pivotal role in the firm's commitment to successfully representing clients by exclusively dedicating his practice to representing the rights of those injured by dangerous and defective drugs or medical devices.  He is actively involved in prosecuting claims on behalf of his clients who suffered injuries ranging from defective knee and hip implants, to catastrophic organ failure stemming from the use of over the counter herbal supplements.

During the course of his career, Mr. Becker has developed an extensive background as a trial lawyer willing to vigorously prosecute claims on his client's behalf.  Most recently, in May 2010, Mr. Becker and his team tried a complex product's liability claim in the Northern District of Ohio for over a month on behalf of a welder who suffered permanent brain damage as a result of his use of welding products.  Not limited to his court room trial experience, Mr. Becker successfully led the science team in *MDL 2096: In re: Zicam Cold Remedy Marketing Sales Practice Litigation*, (D. Az. 2011) fending off a vigorous *Daubert* challenge.  Additionally, he has been admitted to practice before the First, Fourth, Sixth, Eighth, Ninth, and Tenth Circuits of the United States Court of Appeals where he acted as the primary author of several appellate briefs.  This combination of court room trial experience and appellate advocacy provides unique perspective in effectively representing his clients' interests.

## NATIONAL LEADERSHIP POSITIONS & CASE RESUME

*MDL 1285: In re Vitamins Antitrust Litigation*, United States District Court, District of Columbia (Kansas, Minnesota and Illinois Hog Farmer Class)

*MDL 1508: In re Medco Health Solutions Pharmacy Benefits Management Litigation*, United States District Court, Southern District of New York

*MDL 1535: In re:  Welding Rods Products Liability Litigation,* United States District Court, Northern District of Ohio (Lead Trial Counsel *Mann v. Lincoln Electric et al.*)

*MDL 1672: In re: Express Scripts, Inc. Pharmacy Benefits Management Litigation,* United States District Court, Eastern District of Missouri

*In re Ditropan XL Litigation,* United States District Court, Northern District of California (Lead Counsel)

*In re: American Express Financial Advisors Securities Litigation*, United States District Court, South District of New York (Lead Trial Counsel *Haritos v. American Express Financial Advisors*)

*In re: Farmers Insurance Exchange Wage and Hour Litigation*, Hennepin County District Court, State of Minnesota (Lead Trial Counsel *Milner et al. v. Farmers Insurance Exchange*)

*In re DPC Arizona Chemical Spill*, Maricopa County Court, State of Arizona

*MDL 2096:  In re: Zicam Cold Remedy Marketing Sales Practice Litigation*, United States District Court, District of Arizona (led science committee successfully opposing *Daubert* challenge)

*MDL 2197: In re: DePuy Orthopedics, Inc., ASR Hip Implant Products Liability Litigation*, United States District Court, Northern District of Ohio (Law and Briefing committee)

*MDL 2272: In re: Zimmer NexGen Knee Products Liability Litigation*, United States District Court, Northern District of Illinois (Co-Lead Counsel)

AREAS OF PRACTICE

Exclusively representing Plaintiffs in the following types of cases:

> Pharmaceutical and Medical Device Litigation
> Mass Tort Litigation
> Product Liability
> Class Actions

HONORS AND AWARDS

Minnesota Super Lawyers 2011
Minnesota Super Lawyers 2004
Minnesota Super Lawyers 2003

PRESENTATIONS AND/OR PUBLICATIONS

Is the Doctor In? Reasonableness and the Neal Decision, Hennepin County Lawyer, 1998

January, 2011: *Orthopedic Litigation Conference - DePuy and Zimmer Implant Updates*, HB Litigation CLE Presentation

March, 2011: *Darvon and Hip Implant Litigation Conference: New Developments in These Emerging Mass Torts: The Science of Darvon and Darvocet*, Harris Martin CLE Presentation

July, 2011: *Zimmer NexGen Knee and DePuy Hip Implant Litigation – Faculty Chair*, Harris Martin CLE Presentation

PROFESSIONAL MEMBERSHIPS

American Association for Justice
Minnesota Association for Justice
Hennepin County Bar Association

BAR ADMISSIONS

Minnesota, 1995
U.S. District Court of Minnesota, 1997
U.S. District Court of Illinois, Northern District, 2008
U.S. District Court of Michigan, Eastern District, 2008
U.S. Court of Appeals 1st Circuit, 2007
U.S. Court of Appeals 4th Circuit, 2010
U.S. Court of Appeals 6th Circuit, 2010
U.S. Court of Appeals 8th Circuit, 2001
U.S. Court of Appeals 9th Circuit, 2001
U.S. Court of Appeals 10th Circuit, 2009

EDUCATION

WILLIAM MITCHELL COLLEGE OF LAW, *cum laude, St. Paul, Minnesota*

UNIVERSITY OF ILLINOIS, *Chicago, Illinois* (B.A. History)

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| PROPECIA (FINASTERIDE) | § | MDL - 2331 |
| PRODUCTS LIABILITY | § | 1:12-md-02331-JG-VVP |
| LITIGATION | § | HON. JUDGE JOHN GLEESON |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| ALL ACTIONS | § | |

### APPLICATION OF MARC D. GROSSMAN, ESQ. FOR THE APPOINTMENT AS TO THE PLAINTIFF'S EXECUTIVE COMMITTEE.

NOW INTO COURT, comes Marc D. Grossman, who respectfully files this Application for appointment as a member of the Propecia (Finasteride) Products Liability Litigation Plaintiffs' Executive Committee and states the following:

Mr. Grossman himself has the time, the financial resources, the experience and the passion requisite to serving on this Steering Committee. Marc D. Grossman graduated from The University of Michigan in 1989. In 1993, Mr. Grossman graduated from Brooklyn Law School and Baruch Business School's J.D./M.B.A. program. Soon thereafter Marc was admitted to practice law in the States of New Jersey and New York and in the District Court of New Jersey, the Eastern District of New York and the Southern District of New York. On December 6, 1994 he was admitted to New York Federal Courts. During this time he interned at the Law Department of the United Nations. Mr. Grossman became an Associate and later a Partner in the law firm of Mergel, Tubman & Grossman in New York City. Mr. Grossman is also a Founding Partner and Member of Sanders and Grossman P.C., and Baker Sanders Barshay Grossman Fass Muhlstock & Neuwirth, LLC, respectively, and a Senior Partner and Member at Sanders, Sanders, Block, Woycik, Viener & Grossman, P.C. and Sanders Viener Grossman, LLP.

Since beginning his law career in 1993, Mr. Grossman founded several law firms focusing primarily on representing large groups of plaintiffs against common defendants. After six years of practicing plaintiff's personal injury in State and Federal Courts in New York and New Jersey, Mr. Grossman founded the law firm of Sanders and Grossman, P.C. in 1999. This firm, and its successors, grew under his leadership. Mr. Grossman's law firms now represent thousands of clients and employ over forty attorneys and one hundred support staff. Mr. Grossman garnered the attention of the insurance industry and the medical profession in New York by filing over 100,000 individual lawsuits, eventually leading to a series of mass settlements on behalf of his clients and recoveries in excess of one-hundred million dollars. The unique experience Mr. Grossman has garnered as an innovator and leader in the mass settlement of claims makes him a valuable addition to any Steering Committee.

Mr. Grossman's Law Firms also represent thousands of personal injury clients and many of his firm's attorneys are experienced trial attorneys who have tried many cases to verdict. Most recently, Mr. Grossman has represented hundreds of clients in mass torts, lead paint litigations, asbestos litigations and victims of defective drugs and products. His firm represented

approximately three-hundred Vioxx victims in New Jersey, six-hundred Avandia victims, in the State of Pennsylvania (MDL-1699), approximately four-hundred OxyContin victims in the State of New York (In Re Oxycontin II), and two-hundred Bextra/Celebrex victims in New Jersey and California (In Re: New York Bextra and Celebrex Litigation in Supreme Court, New York County; MDL-1699, In Re: Bextra And Celebrex Marketing Sales Practices).  Mr. Grossman's firm was or currently is involved in other large groups of plaintiffs in the following matters:

- o   MDL-1708, In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation in Minnesota;

- o   MDL-1742, In Re Ortho Evra Products Liability Litigation in Ohio;

- o   Fosamax Litigation in Superior Court of the State of New Jersey, Hunterdon County;

- o   MDL-1789, In Re Fosamax Products Liability Litigation in New York;

- o   MDL-1804, In Re Stand 'N Seal, Products Liability Litigation where Mr. Grossman's Firm serves on the PSC.

- o   MDL-2096, Zicam Cold and Remedy Sales Practices Litigation where Mr. Grossman served on the PSC; and

- o   MDL-1842, In re Kugel Mesh Hernia Patch Products Liability Litigation

- o   MDL-  In Re Depuy Pinnacle Products Liability Litigation

- o   MDL- 1905 IN RE: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation

- o     Crestor Litigation in California

Mr. Grossman is well known to counsel litigating their Vioxx, Levaquin and Fosamax cases in New Jersey as his firm has attended almost every Case Management Conference and almost every trial.  He works extremely well with groups of attorneys. He personally served as a liaison to the media as a member and on behalf the Vioxx PSC's Public Relations Committee, and as a liaison for the Committee to many financial institutions and governmental agencies, offering a common voice for the hundreds of attorneys handling such cases and the tens of thousands of victims they represent. In 2009, Mr. Grossman was admitted to Eastern District of Pennsylvania to continue the fight against pharmaceutical companies as he served on the Avandia PSC specifically on the Discovery and Sales and Marketing teams, developing over twenty bellwether cases, supervising over 50 depositions., drafting pleadings and memos on Consumer Refund and TPP Class Actions,  leading  Third Party Discovery and document review, as well as arguing Discovery-related issues and motions before the Court and the Special Master. Along with co-counsel Paul J. Sizemore, Mr. Grossman tried the first Fosamax bellwether trial in Atlantic County, *Rosenberg v. Merck*,   Marc's Firm is co-lead in the NY Chantix Coordination

and the New Jersey Reglan Coordination and holds PSC positions in the following: In Re Chantix, In Re Zimmer Knee, In Re Fosamax Femur, In Re Transvaginal Mesh, and the New Jersey State Court Coordination of Levaquin.

In December 2010, Mr. Grossman was nominated to join both The Board of Directors of the New York State Trial Lawyers Association and the Executive Committee of ATLA.  Mr. Grossman is also a member of the Mass Tort Trial Lawyers Association and the Leaders Forum of the American Association of Justice.  He has also become well known as a speaker and host of educational seminars designed to educate victims, the medical community and other attorneys. Mr. Grossman has also appeared in numerous local and national forums and in the media as a legal commentator and advocate of victims' rights against corporate greed in America.

To date, Mr. Grossman has been retained by many alleged victims of Propecia (Finasteride). With such a large stake in this litigation, Mr. Grossman has an interest in seeing that this litigation is well organized and effectively managed. He has the willingness to dedicate substantial time to this litigation and the resources and ability to do so.

In addition to Mr. Grossman, many of his Partners and Associates have been involved in the above litigations and are prepared to dedicate substantial time and energy to participate in many aspects of the litigation.

Mr. Grossman himself has the time, the financial resources, the experience and the passion requisite to serve on this Steering Committee and would be honored if this application were granted.

May 31, 2012

Mineola, NY

        __/s/: Marc Grossman_____

        Marc D. Grossman, Esq.

        Attorney ID: MG0730

        Sanders Viener Grossman, LLP

        100 Herricks Rd.

        Mineola, NY 11501

        516.741.5252

        Email mgrossman@thesandersfirm.com

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE:  PROPECIA (FINASTERIDE) | § | MDL No. 2331 |
| PRODUCT LIABILITY LITIGATION | § | |
| | § | |
| -------------------------------------------------- | § | |
| This Document Relates to all Cases | § | |
| -------------------------------------------------- | § | |

## APPLICATION OF TRENT B. MIRACLE, ESQ. FOR THE APPOINTMENT AS TO THE PLAINTIFF'S EXECUTIVE COMMITTEE.

Trent B. Miracle respectfully files this application for appointment as a member of the Propecia (Finasteride) Products Liability Litigation Plaintiffs' Executive Committee and states the following:

### PROFESSIONAL EXPERIENCE

Simmons, Browder, Gianaris, Angelides & Barnerd, LLC ("The Simmons Firm"), is a personal injury firm specializing in mass tort litigation with offices located in St. Louis, Missouri; Chicago, Illinois; Alton, Illinois; Los Angeles, California; and San Francisco, California.  Since its inception in 1999, The Simmons Firm has collected verdicts and settlements of over $4 billion dollars on behalf of its clients.  Employing more than 50 attorneys, The Simmons Firm has the resources available to successfully prosecute this or any other litigation.

Trent began his career in 1996 with a firm specializing in aviation law and concentrating primarily on airline and helicopter disasters.  He joined Simmons, Browder, Gianaris, Angelides & Barnerd, LLC in 2003 and is presently supervising shareholder in charge of pharmaceutical litigation.  He is currently licensed in Illinois, Missouri, Texas and Pennsylvania and admitted to

1

practice in the following federal districts: Central, Northern and Southern Districts of Illinois; Northern and Southern Districts of Texas; Eastern District of Missouri; Eastern and Western Districts of Arkansas; District of Colorado and the United States Court of Appeals for the Fifth Circuit.

He has litigated and resolved, collectively, thousands of Ephedra, Phenylpropanolamine (PPA), Oxycontin, Ortho Evra, Vioxx, Bextra and Yaz claims. Currently, Mr. Miracle handles cases for victims of Actos, Avandia, Chantix, DePuy and Pinnacle Hip, and Transvaginal Mesh. Additionally, Mr. Miracle has been part of the trial selection process for Avandia, Chantix and YAZ with his clients being chosen for bellwether trials in the Eastern District of Pennsylvania, Northern District of Alabama and Southern District of Illinois, respectively.

Mr. Miracle is currently serving on the Plaintiffs' Steering Committees in *In Re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 and *In Re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244. Additionally, he is serving as a member of the Discovery Committee in *In Re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL 2197.

In addition to his experience with pharmaceutical litigation while at The Simmons Firm, Mr. Miracle has spent a significant portion of his practice representing mesothelioma victims in various jurisdictions around the country. He has used his experience and the firm's resources to successfully litigate hundreds of individual cases on behalf of these clients. He also served as chairman of the American Association for Justice (AAJ) Asbestos Litigation Group.

Mr. Miracle and his firm have dedicated substantial time and resources to many of the litigations referenced above and, if given the opportunity, intend to do so here. He and his firm

have the resources, experience, willingness, and availability to commit to this important project, and assure the Court that he is well qualified to serve on the Plaintiffs' Executive Committee.

WHEREFORE, Trent B. Miracle respectfully requests appointment to the Plaintiffs' Executive Committee.

May 31, 2012                                            */s/ Trent B. Miracle*
Alton, IL                                              Trent B. Miracle
                                                      Simmons Browder Gianaris
                                                      Angelides & Barnerd, LLC
                                                      One Court Street
                                                      Alton, IL 62002
                                                      618-259-2222
                                                      tmiracle@simmonsfirm.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

|  |  |
| --- | --- |
| *IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION* | Master File No.: 1:12-md-02331-JG-VVP MDL No. 2331 |
| This Document Relates to All Cases | Honorable John Gleeson |

## APPLICATION OF THEODORE LASZLO, ESQ. FOR THE APPOINTMENT AS TO THE PLAINTIFF'S EXECUTIVE COMMITTEE.

### Laszlo & Associates, LLC

Laszlo & Associates, LLC is a Boulder, Colorado based law firm with a national practice focused on litigating complex personal injury and business disputes and representing plaintiffs and defendants in mass tort litigation.

In practice since 1981, Theodore E "Ted" Laszlo, Jr. is the founding member of Laszlo & Associates. For 31 years, Ted Laszlo has focused his practice as a trial attorney representing both plaintiffs and defendants in personal injury, product liability, mass tort and other complex litigation. He has obtained successful outcomes for individuals injured by products as varied as Oral Sodium Phosphate Solution pharmaceutical products, asbestos and asbestos-containing products, food processing equipment, benzene, styrene butadiene rubber, vinyl chloride monomer, large scale cotton ginning and hay baling equipment, industrial lift trucks and cranes; Ted Laszlo has also represented clients in a complex employee benefits class action and in complex insurance coverage litigation involving multiple Superfund sites. Ted Laszlo graduated from The University of Akron School of Law in 1981 and holds a B.S.B.A., magna cum laude, from Robert Morris University.

1

Prior to consolidation as MDL 2066 in the U.S.D.C. for the Northern District of Ohio, Eastern Division, Ted Laszlo was one of principal architects of the liability case against C.B. Fleet Company, Inc. in the litigation involving that Company's oral saline laxative product Fleet Phospho-soda. Over a five-year period Ted Laszlo and members of his firm personally collected, reviewed and analyzed well over one million pages of documents produced by C.B. Fleet and third-parties and the FDA pursuant to FOIA requests; deposed every key Fleet employee witness including Fleet's CEO and CFO; and successfully mediated several individual cases. Additionally, Ted Laszlo helped draft and respond to C.B. Fleet's petition for MDL consolidation of the Oral Sodium Phosphate cases and attended the panel hearing. Finally, we also have a large number of Propecia cases and claims in our inventory and therefore have a substantial interest in seeing that this litigation is effectively managed to a successful outcome. Ted Laszlo has served as:

- National Trial and Coordinating Counsel for asbestos bodily injury and property damage litigation to The Flintkote Company and Flintkote Mines, Ltd.;

- National Trial Counsel to the Hobart Corporation;

- National Coordinating Counsel to The B.F.Goodrich Company for asbestos, benzene, styrene butadiene rubber, and vinyl chloride monomer litigation;

- National Trial and Coordinating Counsel to Mitsubishi Caterpillar Forklift Company for asbestos litigation; and,

- Regional Trial Counsel to Simon RO Corporation (now Terex) for aerial lift device litigation.

Thus far in in our Merck Propecia cases, we have had participated in meet and confers with Defense Counsel to negotiate Protective and ESI Orders.  For the past 18 months, we have also worked on the science, reviewed documents produced by the FDA pursuant to our FOIA requests and interviewed various consultants and vendors.

Ted Laszlo is admitted to practice law in the States of Ohio, Washington and Colorado; the federal courts of the Northern and Southern Districts of Ohio, the Southern District of Texas, the District of Colorado and the Western District of Washington; and, the Fifth, Sixth and Tenth Circuit Courts of Appeal. Ted Laszlo is a Fellow of the Litigation Counsel of America.

WHEREFORE, Theodore E Laszlo, Jr. respectfully requests appointment to the Plaintiffs' Executive Committee.

June 6, 2012

__/S/: Theodore Laszlo_____
Theodore E. Laszlo, Jr., Esq.
Lazlo Law
2595 Canyon Blvd., Suite 210
Boulder, CO  80302
Phone:  (303) 926-0410
Fax:  (303) 443-0758
Email:  tlaszlo@laszlolaw.com

# U.S. District Court for the
## Eastern District of New York (Brooklyn)

| | |
|---|---|
| *IN RE: PROPECIA (FINASTERIDE)*<br>*PRODUCTS LIABILITY LITIGATION* | Master File No.: 1:12-md-02331-JG-VVP<br>MDL No. 2331 |
| This Document Relates to All Cases | Honorable John Gleeson |

## APPLICATION OF ALAN C. MILSTEIN, ESQ. FOR THE APPOINTMENT AS TO THE PLAINTIFF'S EXECUTIVE COMMITTEE.

Alan C. Milstein respectfully files this application for the appointment as a member of the Propecia (Finasteride) Product Liability Litigation Plaintiff's Executive Committee and states the following:

## PROFESSIONAL EXPERIENCE

Alan C. Milstein is a nationally recognized litigator in the areas of Bioethics, clinical trials, and pharmaceutical litigation.  He received his Juris Doctorate Degree in 1983 with honors from Temple University School of Law where he was a member of the Board of Editors of Temple University Law Review.  He is a Managing Shareholder in the 22 person firm Sherman Silverstein Kohl Rose & Podolsky, located in Moorestown, New Jersey. Mr. Milstein is admitted to the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, the State of New York, including New York Federal Courts in the Southern and Northern District of New York, the United States Court of Federal Claims, the United States District Court for the District of Washington D.C., and the Supreme Court of the United States.

In numerous articles, Mr. Milstein has been called a pioneer in the field of human subject research litigation. In recent cases, he has represented families of subjects who died in gene therapy experiments, Parkinson's patients seeking to continue experimental treatment, subjects in

clinical trials at the University of Oklahoma, Columbia University, Hahneman University Hospital, Johns Hopkins University, The University of Pittsburgh Medical Center, The University of Oregon, Ohio State University, The Stratton VA Hospital, and the University of Pennsylvania, and subjects injured in experiments sponsored by most of the major pharmaceutical corporations.  Mr. Milstein has been involved in a number of multi-party and class action litigations. For example, he represented numerous military personnel exposed to the Anthrax Vaccine, veterans subjected to unethical medical practice at the Stratton VA Hospital and was chief counsel in the class action titled <u>Harman, et al. vs. Rohm & Haas, et al</u>., representing residents exposed to toxic substances from the Lipari Landfill in Southern New Jersey, the largest designated superfund site in the United States.

In addition to his law practice, Mr. Milstein is an Adjunct Professor of Law at Temple University where he teaches Bioethics. In addition, he has authored peer reviewed articles on Bioethics and Human Subject Research

Mr. Milstein has been invited to make presentations on Bioethics before the following institutions and organizations:  The Mayo Clinic, St. Jude's Research Hospital, Phoenix VA Health Care System, Catholic Healthcare West, The 100th Annual NAACP Convention, Bio Annual International Convention, Harvard University Medical School, Duke University Medical School, Stanford University Medical School, University of Alabama at Birmingham Medical School, University of Virginia Medical School, Kansas University Medical Center, Temple University Medical School University of Virginia Law School, , University of South Carolina Law School, University of Kansas Law School, Syracuse University Law School, The Brooklyn University Law School, University of Toronto Law School, Mississippi College School of Law, The University of Pennsylvania Law School, The Healthcare Roundtable, The American

Academy of Pharmaceutical Physicians, The Association of American Medical Colleges, Health

Care Compliance Association, National Human Research Protection Advisory Committee, The

Medical Research Summit, Association of Health Care Journalists, Association of Clinical

Research Professionals, Regulatory Affairs Professional Society, The Medical Technology

Leadership Forum, The Institute for International Research, The Regulatory Affairs Professional

Society, Fordham University's Center for Ethics Education, Public Responsibility in Medicine

and Research (PRIM&R), The Food and Drug Law Institute, the Summit Series on Cancer

Clinical Trials, The American Health Lawyers Association, Fordham University Center for

Ethics, University of Pennsylvania Center for Bioethics, and New York Bar Association.

Mr. Milstein and his firm have the time, the financial resources, the experience and the

drive requisite to serving on this Executive Committee.

**WHEREFORE**, Alan Milstein respectfully requests appointment to the Plaintiff's

Steering Committee.

**DATE:**         **Tuesday, May 15, 2012**          **/S/: Alan Milstein**
**Alan C. Milstein**
**Sherman, Silverstein, Kohl,**
**Rose & Podolsky**
**East Gate Center**
**308 Harper Drive – Suite 200**
**Moorestown, NJ  08057**
**Telephone:  (856) 662-0700**
**Facsimile:  (856) 488-4744**
**Attorneys for Plaintiffs**

3

**JOHN F. ROMANO, ESQUIRE**
**Romano Law Group**                                   **Mailing Address:**
**EcoCentre, The Living Building**                      **Post Office Box 21349**
**1005 Lake Avenue**                                    **West Palm Beach, Florida 33416**
**Lake Worth, Florida   33460**
**Tel: 561/533-6700; Fax: 561/533-1285**
**E-mail:    john@romanolawgroup.com**
**Web Site:  www.romanolawgroup.com**

Author, <u>Opening Statement: Winning the Jury</u>, PESI Law Publications, 2004

Author, <u>The Deposition Field Manual</u>, PESI Law Publications, 2002

Author, <u>Strategic Use of Circumstantial Evidence</u>, Kluwer Law Book Publishers, Inc., September, 1986

Co-Author/State Editor, <u>Depositions</u>, (Fla. Edition), Knowles Law Book Publishing Company, 1984

Lectured and authored extensively in the field of trial advocacy, business litigation, tort and criminal litigation

President, Southern Trial Lawyers Association, 1990/91

President, Academy of Florida Trial Lawyers, 1989/90

Member, Board of Governors, Association of Trial Lawyers of America, 1982-1998

Former Chairman, National College of Advocacy, Association of Trial Lawyers of America

Served as Captain and J.A.G. Officer, U.S. Marine Corps

May 1987 Recipient of O'Mahoney Award as South Florida Catholic Lawyer of the Year

Board Certified Civil Trial Advocate by The Florida Bar and NBTA

Recipient of the 1997 "Perry Nichols Award."  This esteemed award - the highest honor given by the Academy of
    Florida Trial Lawyers - is bestowed annually upon the Florida citizen who has contributed the most over
    his or her lifetime to the system of justice.

Recipient, Southern Trial Lawyers Association "War Horse Award" presented on February 20, 2004 – for
    extraordinary contribution to the trial bar of the nation

Recipient, Al J. Cone Lifetime Achievement Award presented on October 28, 2005 by the Academy of Florida
    Trial Lawyers

*Florida Super Lawyers* Magazine recognizing the top five percent of attorneys in the state of Florida - named one
    of Florida's 2006, 2007, 2008, 2009, 2010, 2011, and 2012 "Super Lawyers"

Fellow, International Academy of Trial Lawyers  [This prestigious and historical trial lawyers organization limits
    its membership to a total of 500 trial lawyers.]

Former President, The National Trial Lawyers

Member, Board of Governors of American Board of Professional Liability Attorneys; board-certified Medical
    Malpractice Civil Trial Advocate (ABPLA - ABA-approved and sanctioned)

John Romano has tried cases to verdict in excess of 200 times.  Cases have included DPT Vaccine, Medical Malpractice, Product Liability, Wrongful Death, Brain and Spinal Cord Injuries, Intrauterine Device, First Degree Murder, Consumer Fraud, and more.

John Romano currently is on "Science Committee" for DePuy ASR Hip MDL Litigation and is on Science Committee for DePuy Pinnacle Hip MDL Litigation.  His firm is litigating pharmaceutical cases including Actos, Propecia, Lisinopril, Pradaxa, Yaz, and Fentanyl pain patches.

UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: PROPECIA (FINASTERIDE)
PRODUCT LIABILITY LITIGATION                    MDL: 2331

This Document Relates to All Cases

<u>APPLICATION OF MARK A. DICELLO, ESQ., FOR THE APPOINTMENT
TO PLAINTIFF'S STEERING COMMITTEE</u>

Mark A. Dicello respectfully files this application for appointment as a member of the

Propecia Products Liability Litigation Plaintiff's Steering Committee and states the following:

<u>PROFESSIONAL EXPERIENCE</u>

Mr. DiCello is a partner at the law firm of Robert J. DiCello Co., L.P.A., ("The DiCello

Law Firm") which represents plaintiffs in complex civil litigation and multi-district litigation,

with offices in Mentor, Ohio, just outside the city of Cleveland. The DiCello Law Firm is a

national law firm that possesses the manpower and resources to serve in the capacity of PSC

member in this MDL.

Mr. DiCello is a former Assistant Prosecuting Attorney who prosecuted major felonies

before entering the civil practice. He has served as lead and co-lead trial counsel in many

complex civil matters resulting in large plaintiffs verdicts and settlements. He has served in this

capacity in a number of state and federal courts. As co-lead and liaison counsel in Florian

Schreier, et al vs. Robert J. Nuzzo, et al Case No. GD-05-3409, Allegheny County Court of

Common Pleas, Mr. DiCello resolved one of the nation's largest transportation accidents in July

2009. As co-lead counsel Mr. DiCello recently resolved a class action case involving natural gas

explosions affecting approximately 1500 residents of Fairport Harbor, Ohio in the case of

*Bonczek, et al vs. East Ohio Gas Company d/b/a Dominion East Ohio*, Lake County Common Pleas Court, Case No. 11CV000261. Mr. DiCello is also actively involved in other national class/mass actions including *Hamilton County, Ohio, el al. vs. Hotels.com, L.P., et al.,* Northern District Ohio County Case No.3: 11 CV 15 and the *In Re: Imprelis Herbicide Marketing, Sales Practices and Products Liability Litigation,* 2:11-md-02284-GP.

Further, Mr. DiCello is currently involved in the practice of medical device and pharmaceutical litigation with extensive experience representing plaintiffs in federal courts and multi-district litigation involving mesh and other implantable medical products. Mr. DiCello represents plaintiffs in the *IN RE: Mentor Corp. Obtape Transobturator Sling Products Liability Litigation,* Case Number: 4:08-md-2004-CDL.   On September 21, 2011, Mr. DiCello was appointed by Judge Clay D. Land of the U.S. District Court of Georgia, Middle District (Columbus), as Plaintiffs' Co-Lead Counsel to that MDL.

Since September 2009 Mr. DiCello has been a lecturer in approximately eighteen national conferences involving mass tort and general trial strategy. Mark A. DiCello Esq., is a trial lawyer and partner at The DiCello Law Firm. Mark is a proud graduate of the prestigious Gerry Spence Trial Lawyers College where innovative and cutting edge case development and trial presentation techniques are continuously developed.  He is admitted to the State Bars of Ohio and New York as well as numerous Federal Courts. As a trial lawyer, Mr. DiCello represents plaintiffs from across the country.  Mr. DiCello currently serves on a number of National Boards for Plaintiff Trial Lawyers including involving both single event and class action litigation.  Mr. DiCello and his firm have the time, the financial resources, the experience and the passion requisite to serving on this Steering Committee. In addition to Mr. DiCello, his firm is prepared to dedicate substantial time and energy to serve on the various Committees and offer significant assistance in this litigation as well.

WHEREFORE, Mark A. DiCello respectfully requests appointment to the Plaintiff's Steering Committee.

Dated: May 15, 2011

Respectfully submitted,

_____

MARK A. DICELLO (0063924)
The DiCello Law Firm
7556 Mentor Avenue
Mentor, OH 44060
P: 440-953-8888 / F: 440-953-9138
madicello@dicellolaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE:

PROPECIA (FINASTERIDE) PRODUCT
LIABILITY LITIGATION

MDL No. 2331

## APPLICATION OF MICHAEL A. GALPERN FOR APPOINTMENT TO THE PLAINTIFFS STEERING COMMITTEE

Michael A. Galpern, counsel for Michael and Misty Gregory, h/w, respectfully requests an appointment to the Plaintiffs' Steering Committee ("PSC") in the present matter.  I have attached a copy of my resume.  The Locks Law Firm filed the Gregory v. Merck case on May 8, 2012 in United States District Court, Eastern District of Pennsylvania, and anticipates filing numerous other Propecia personal injury actions in the next few weeks. I am the partner in charge of the Propecia litigation.  I have personally served on the PSC in In Re Bextra and Celebrex Marketing, Sales Practices and Product Litigation, MDL 1699.  I was lead trial counsel in Stillman v. Staples, Civil Case Action No. 17-849, a consolidated case for 343 Plaintiffs under the Fair Labor Standards Act.  Following a seven week trial, in which Plaintiffs received a substantial verdict, the Staples Wage and Hour litigation was consolidated as an MDL proceeding, and I served as lead co-counsel in that MDL, In Re Staples Wage, Inc. and Hour Employment Practices, MDL #2025.  I have recently served and/or currently serve as lead counsel or co-lead counsel in numerous other mass torts which were not consolidated as MDL's. The following is a representative sample, not an exhaustive list:

| | |
|---|---|
| Weber v. Geico | USDC, NJ 07-cv-01332-JBS |
| Edwards v. 21st Century | USDC, NJ 1:09-cv-04364-JBS |
| Johnson v. Wynn | USDC, NJ 1:12-cv-00079-RMB |

| | |
|---|---|
| <u>Perrotta v. LG Electronics</u> | USDC, NJ 2:12-cv-00246-JLL |
| <u>Oravsky v. Encompass</u> | USDC, NJ 3:10-cv-03168-JAP |
| <u>Kepler v. Weichert</u> | CAM-L-845-10 |
| <u>Zayas v. Power Windows and Siding</u> | CAM-L-5454-09 |
| <u>Doherty v. Merck</u> | ATL-L-638-05MT |
| <u>Sauro v. LA Fitness</u> | CAM – Awaiting Docket number |

I have extensively litigated matters on behalf of injured Plaintiffs in the following litigations:

In Re:  Avandia Marketing Sales Practices And Products Liability Litigation:  USDC Eastern District of Pennsylvania; In Re Bextra and Celebrex Product Liability Litigation:  New Jersey Superior Court and USDC Northern District of California; In e Medtronic Litigation:  USDC Minnesota; In Re Ortho Evra Products Liability Litigation:  USDC Ohio; In Re Fosamax in the MDL in New Jersey.

<u>In Re Bextra</u>, I served on the trial team, the discovery team and as the liaison to the New Jersey State Litigation.  If I am fortunate enough to be granted this PSC appointment, I would like to again serve as the PSC liaison to the NJ State Litigation.

The Locks Law Firm has litigated "mass torts" and MDL's for several decades.  My partner, Gene Locks, has been appointed by the Hon. Jack B. Weinstein, U.S.D.C. to serve on the Management Committee of the <u>Agent Orange Litigation</u>, MDL 381, and was also appointed by the Hon. Charles R. Weiner, USDJ to serve as co-lead counsel in the <u>Asbestos Personal Injury litigation</u>, MDL 875.  Mr. Locks and another partner have each recently been appointed to the Plaintiffs' Executive Committee in, <u>IN Re NFL Litigation</u>, MDL # 2323.

Our firm represented hundreds of clients in the <u>Vioxx</u> litigation. We have represented thousands of individuals through the years who have been harmed by defective drugs and other defective products. My enclosed resume reflects my work in Mass Torts and Product Liability.  I have tried scores of product liability personal injury cases and I am Certified as a Civil Trial Attorney by the New Jersey Supreme

Court.  I have taught Product Liability at the Rutgers School of Law – Camden for 5 years. I have served as a member of the Magistrate Selection Committee for the United States District Court, District of New Jersey.  I have frequently lectured on various issues involving mass torts, pharmaceutical litigation and product liability and I was selected by the New Jersey Institute of Legal Education (ICLE) to chair its first ever seminar on Mass Torts and Pharmaceutical Litigation.  I am willing and able to devote the time necessary to serve on this PSC.  I am also the Immediate Past-President of the New Jersey Association for Justice (NJAJ), an organization of approximately 2300 attorneys.  As President of NJAJ, I organized and spoke at numerous seminars and CLE programs, the largest of which had over 1800 registrants.  My service to NJAJ demonstrates my organizational skills and my ability to work on team projects.

My partner, **JAMES J. PETTIT**, was appointed by the Honorable Joseph R. Goodwin, USDC, SD W. Va, to the PSC in In Re: Digitek Litigation.  He was appointed Lead Counsel in the Kiddie Kollege class action in New Jersey.  He represented children exposed to mercury at a Daycare, with a verdict in 2011 after a 5-week trial awarding medical monitoring damages.  Mr. Pettit was appointed Plaintiffs' Liaison Counsel for all cases in state court in New Jersey in, In Re: PPA Litigation, by the Hon. Marina Corodemus.  He was Co-lead Trial Counsel in the jury trial of a class action in New Jersey in In Re: Diet Drug Litigation (a/k/a fen-phen litigation).  The trial lasted 8 weeks, concluding when the mass tort settlement occurred. Mr. Pettit is Immediate Past Chair of the New Jersey State Bar Association's Product Liability and Toxic Tort Section.  He is Certified as a Civil Trial Attorney by the New Jersey Supreme Court.

I fully understand that a PSC appointment is personal and not firm based; I mention some of my partners' mass tort experiences only to give the Court additional perspective on the firm's resources and experiences.  I am personally familiar with many of the attorneys who are applying for appointments to the Plaintiffs' Executive Committee and the Plaintiffs' Steering Committee, and I am confident that we will be able to work in a cooperative and productive fashion.

I shall attend the Case Management Conference on May 30, 2012 and will be available should Your Honor have any further questions on my qualifications to serve on the Plaintiffs' Steering Committee.

Thank you for your attention to this matter.

Respectfully Submitted,
LOCKS LAW FIRM LLC

By: ___/s/ Michael A. Galpern___
Michael A. Galpern, Esq.
457 Haddonfield Road, Ste. 500
Cherry Hill, NJ  08002
Phone:  856-663-8200
Fax:     856-661-8400
mgalpern@lockslaw.com

Dated:  May 14, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

IN RE: PROPECIA (FINASTERIDE) PRODUCT          **12-MD-2331 (JG)(VVP)**
LIABILITY LITIGATION

M.D.L. No. 2331                                                      **ALL CASES**
----------------------------------------------------------------x

## APPLICATION FOR APPOINTMENT OF DAVID KUTTLES
## TO SERVE ON PLAINTIFF'S STEERING COMMITTEE

NOW INTO COURT comes David Kuttles who respectfully files this application for

appointment to the Plaintiff's Steering Committee ("PSC").

Since 2005, the undersigned has been an attorney with the mass-tort pharmaceutical and

medical device litigation division at The Lanier Law Firm ("LLF") in New York.  At LLF, the

undersigned has managed and litigated multiple personal injury dockets concerning defective

pharmaceuticals and medical devices, including but not limited to the recalled Bard®

Composix® Kugel® Mesh Hernia Patch, Bextra®, Celebrex®, recalled Digitek®, Gadolinium

Contrast Dye, contaminated Heparin, Levaquin®, Transvaginal Surgical Mesh products,

Viagra®, Zicam®, and Zyprexa®.  The undersigned has also functioned as co-chair of plaintiffs'

discovery committee in the New Jersey State Court *In Re: Levaquin litigation*, and has

contributed on plaintiff discovery committees in multiple other litigations, including but not

limited to the New York State Coordinated litigation concerning Bextra/Celebrex (New York

County, NY), and the contaminated heparin multidistrict litigation (MDL 1953; N.D.OH.).

Graduated from Albany Law School of Union University in 2001, the undersigned is admitted to

practice law in the State of New York, and the United States District Courts in the Eastern and

Southern Districts of New York.  Additionally, the undersigned is admitted *pro hac vice* in the

State of New Jersey and is a member of the American Association for Justice; the New York

State Bar Association; and the New York County Lawyer's Association.

Founded in 1990 by W. Mark Lanier, LLF has offices in Houston, New York, Los Angeles and Palo Alto, and comes with substantial multidistrict litigation ("MDL") products liability experience, representing thousands of injured clients. LLF has served on PSCs or functioned in leadership roles in numerous defective pharmaceutical and medical device MDLs, including but not limited to litigations concerning Actos (MDL 2299, W.D.LA.); Avandia (MDL 1871, E.D.PA.); Neurontin (MDL 1629, D.MA.); Chantix (MDL 2092, N.D.AL.); DePuy ASR Hip Implant (MDL 2197, N.D.OH); DePuy Pinnacle Hip Implant (MDL 2244, N.D.TX); Digitek (MDL 1968, S.D.W.V.); Fosamax (MDL 1789, S.D.N.Y.); Heparin (MDL 1953; N.D.OH.); Transvaginal Surgical Mesh (American Medical Systems (MDL 2325 S.D.W.V.), Boston Scientific (MDL 2326 S.D.W.V.), and Ethicon (MDL 2327 S.D.W.V.)); Yaz/Yasmin/Ocella (MDL 2100, S.D. IL.); and Zyprexa (MDL 1596, E.D.N.Y.). We have also maintained leadership roles in State Court product liability litigations concerning the following pharmaceuticals: Vioxx (Atlantic County, NJ); Bextra/Celebrex (New York County, NY); Levaqiun (Atlantic County, NJ); Avandia (Philadelphia County, PA); Neurontin (New York County, NY), Fosamax (Atlantic County, NJ); Yaz/Yasmin/Ocella (Atlantic County, NJ); and Chantix (New York State).

LLF's proven record concerning case resolution - which includes a historical verdict total exceeding one billion dollars - also justifies our inclusion on the PSC. Examples of verdicts include the very first Vioxx verdict for $253 million; a $56.3 million in a product liability case in 2010; a $474 million verdict in oil and gas field case; and a $118 million verdict in an asbestos mass tort case for 21 plaintiffs. Our settlement record also includes multiple eight figure settlements in mass tort cases; a $32.5 million settlement in an antitrust case in 2009; a nine

2

figure personal injury settlement on behalf of a number of oil/gas plant workers in 2008; a $60

million settlement in an antitrust case in 2007; a $160 million antitrust settlement in 2004.

LLF represents plaintiff in the matter of <u>Keith LeDonne v. Merck & Co., Inc. et al.</u>,

EDNY Case No. 12-cv-002417, and has a number of Propecia-related personal injury cases in its

inventory which are currently being investigated.  LLF has a significant interest in seeing that

this litigation is effectively managed to a successful outcome.  LLF has already undertaken to

dedicate the necessary financial resources, attorneys and paralegals to staff this litigation.  If the

Court requires any additional information about LLF or the undersigned, we will be more than

happy to accommodate.

WHEREFORE, David Kuttles respectfully requests appointment to the Plaintiff's

Steering Committee

Dated: New York, New York
       May 15, 2012

Respectfully Submitted,
**THE LANIER LAW FIRM, PLLC**


By : __/s/ David Kuttles_____
David Kuttles (DK9141)
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) (212) 421-2800
(F) (212) 421-2878
Email: dxk@lanierlawfirm.com
Website: www.lanierlawfirm.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

In Re: PROPECIA (FINESTERIDE) PRODUCT}
LIABILITY LITIGATION                   }
                                       }
                                       }
                                       }   MDL Docket No. 2331
‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒   }
This document Relates to all Cases     }
‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒   }
                                       }

### APPLICATION OF ROGER W. ORLANDO FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**COMES NOW**, Roger W. Orlando, and respectfully files this application for appointment as a member of the Propecia (Finesteride) Product Liability Litigation Plaintiffs' Steering Committee, showing as follows:

### PROFESSIONAL HISTORY

**The ORLANDO Firm, P.C.**, is an AV-rated law firm located in Decatur, Georgia, just outside Atlanta with an additional office in Morristown, New Jersey, 30 miles from New York City. The firm was founded in 1995 by Mr. Orlando after having practiced at a large insurance defense firm for a number of years. The ORLANDO Firm was created in order to represent and serve individuals who sustained injuries as a result of the negligence of others. Since that time, the lawyers of The ORLANDO Firm have had the privilege of representing thousands of Georgia's citizens and the firm has had the distinction of having secured million dollar-plus jury verdicts and settlements on behalf of a number of its clients. The ORLANDO Firm concentrates in the area of civil tort litigation on behalf of individuals who have suffered serious injury or death stemming from toxic torts or chemical releases, medical malpractice, nursing home abuse/negligence, small aircraft

-1-

and airline crash disasters;  products liability, motor vehicle/tractor trailer  collisions, premises liability and on-the-job mishaps throughout the State of Georgia, and across the nation.  Attorneys of the firm are admitted to practice in various forums, including Georgia, California, Washington, D.C., Arkansas Federal, Illinois Federal and New Jersey.

**The ORLANDO Firm, P.C.**   maintains offices in Decatur (Atlanta), Georgia and Morristown, New Jersey.

### ROGER W. ORLANDO, ESQ.

**Bar Admissions**: New Jersey and U.S. District Court, District of New Jersey; District of Columbia, Georgia, U.S. District Court, Northern District of Georgia and U.S. Court of Appeals, Eleventh Circuit; U.S. District Court, Middle District of Georgia; U.S. District Court, Eastern and Western Districts of Arkansas; U.S. District Court, Northern District of Illinois.

**Professional Associations**:  Atlanta, New Jersey State and American (Member, Litigation Section) Bar Associations; State Bar of Georgia (Member, Domestic Law and Litigation Sections); The District of Columbia Bar; American Association of Justice (AAJ) **[Leader's Forum]**; Dekalb County Bar Association [GOLD Member]; Georgia and New Jersey Trial Lawyers Associations (GTLA-CHAMPION Member and District Vice President). Mass Tort Trial Lawyer's Association; Southern Trial Lawyers Association.

**Educational Background:**

Emory University School of Law, Atlanta, Georgia, 1984-1987, *Juris Doctor*, May 1987.

Honors/Activities:     National Order of Barristers.   Phi Alpha Delta, (President, 1986-1987).

    Coordinating Director and Member of the Board, Moot Court Society, (1986-1987).

Emory University, Atlanta, Georgia, 1980 - 1984, B.A., May 1984

**Leadership Roles in Class and Mass Actions:**

❑    Member: Plaintiffs Steering Committee, MDL No. 2087

       In Re:  Hydroxycut Marketing & Sales Practices Litigation

       ● Finance Chairman/Finance Committee Chairperson

❑    Member: Plaintiffs Steering Committee, MDL No. 1845

       In Re:  ConAgra Peanut Butter Products Liability Litigation

❑    Discovery Committee Work: MDL No. 1431

       In Re: Baycol Products Liability Litigation

❑    Discovery Committee Work: MDL No. 1355

       In re: Propulcid Products Liability Litigation

❑    Member: Plaintiff's Management Committee & Liaison Counsel

       In Re: Chemtura Corporation (Bio-Lab), et. al.

       United States Bankruptcy Court, Southern District of New York

       Civil Action File No. 09-11233 (REG)

❑    Lead Counsel: Ealy v. Indspec Chemical Corporation et.al.

       Court of Common Pleas of Butler County, Pennsylvania

       Civil Action File No. 11-11207

❑    Member: Plaintiffs Management Committee

       Beulieu v. EQ Industrial Services, et. al.

       United States District Court, Eastern District of North Carolina

       Civil Action File No.  5:06-CV-00400-BR

❑    Lead Counsel: Smart v. Brenntag Mid-South, Inc.,et. al.

Superior Court of Fulton County, Georgia

Civil Action File No. 2006-CV-126859

❏ Member: Plaintiffs Steering Committee

Bradford v. Union Pacific Railroad Company

United States District Court, Western District of Arkansas

Civil Action File No. 4:05-CV-4075

❏ Member: Plaintiffs Management Committee

Brasher v. Norfolk Southern Corporation, et. al.

United States District Court, Northern District of Alabama

Civil Action File No. 1:06-CV-00198-KOB

Mr. Orlando and his law firm have the time, the financial resources, the experience and the drive requisite to serving on this Plaintiffs' Steering Committee.

**WHEREFORE,** Roger W. Orlando respectfully requests appointment to the Plaintiff's Steering Committee.

THE ORLANDO FIRM, P.C.

ROGER W. ORLANDO
Georgia State Bar No. 554295
New Jersey State Bar No. 005861988

Decatur Court
Suite 400
315 W. Ponce de Leon Avenue
Decatur, Georgia 30030
(404) 373-1800

-4-

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: PROPECIA (FINASTERIDE) PRODUCT LIABILITY LITIGATION** | Master File No. 1-MD-2331 (JG)(VVP)<br><br>M.D.L No. 2331<br><br>ALL CASES |

## APPLICATION OF TRACY D. REZVANI TO SERVE ON PLAINTIFFS' STEERING COMMITTEE

Tracy D. Rezvani, a partner at Finkelstein Thompson LLP, hereby seeks appointment to the Plaintiffs' Steering Committee ("PSC"). Ms. Rezvani and Finkelstein Thompson fulfill all the criteria listed in the Manual for Complex Litigation, Fourth, at §10.21, §22.62 (2011).

First, Ms. Rezvani and Finkelstein Thompson have both the willingness and ability to commit to a time-consuming process. Finkelstein Thompson is a firm with a nationwide practice focused primarily on representing individuals and small businesses in complex class actions. Both Ms. Rezvani and the firm regularly prosecute actions spanning many years of litigation and requiring substantial investments of both time and money, and have the resources and the ability to meet the demands this litigation will present.

Second, Ms. Rezvani and the firm have a demonstrated ability to work cooperatively with others and they frequently serve as co-counsel with other firms representing injured plaintiffs. In fact, in Ms. Rezvani, in her role as a member of the Plaintiffs' Steering Committee in *In re: Avandia Marketing, Sales Practices and Products Liability Litigation*, (E.D. Pa. MDL 1871), and in *In Re: Darvocet, Darvon and Propoxyphene Products Liability Litigation* (W.D. Ky. MDL 2226) has worked alongside many of the plaintiffs' counsel seeking appointment to a leadership position in this litigation.

Third, Ms. Rezvani and Finkelstein Thompson have significant professional experience in this type of litigation.  Ms. Rezvani has focused her practice on representing economically injured consumers for over 15 years.  A small sampling of relevant experience is as follows:

- *In Re: Darvocet, Darvon and Propoxyphene Prod. Liab. Litig.* (W.D. Ky. MDL 2226): Ms. Rezvani serves on the plaintiffs' steering committee in this multidistrict litigation alleging that the drugs taken as prescribed cause arrhythmia, heart attack and congestive heart failure, as well as nausea, loss of consciousness, tightness in the chest, and changes to a person's mental state.  Ms. Rezvani, and others at the firm, have participated in drafting template complaints, research and briefing, and e-discovery preparation.

- *In re: Avandia Marketing, Sales Practices and Prod. Liab. Litig.*, (E.D. Pa. MDL 1871): Ms. Rezvani serves on the plaintiffs' steering committee in this multidistrict litigation alleging SmithKline Beecham Corporation d/b/a GlaxoSmithKline minimized risks presented by certain medications.  Ms. Rezvani and other Finkelstein Thompson attorneys have participated extensively in the litigation, ranging from master complaint drafting to conducting depositions, engaging in extensive briefing, and preparing and editing *Daubert*-related briefing.

- *In re Diet Drugs Prods Liab. Litig.*, MDL 1203 (E.D. Pa.): Finkelstein Thompson served as the Co-Chair of the Non-PMC litigation group designated by the Special Master to prosecute claims not initially advanced by the Plaintiffs' Management Committee. The Non-PMC was tasked with attending routine status hearings, expert discovery, class pleadings, negotiating with defense counsel, and otherwise responsible for all other related filings and negotiations addressing these additional class claims.  Ms. Rezvani's role on the Non-PMC was focused primarily on prosecuting the class refund remedy which was valued (at settlement) at nearly $240 million.

The firm also has extensive experience in class action litigation outside the consumer context.[1]  It undoubtedly has the relevant experience to serve in a leadership capacity in this case.

Fourth, Finkelstein Thompson and Ms. Rezvani have access to sufficient resources to advance the litigation in a timely manner.  As set forth above, the firm is used to prosecuting multi-year actions on a contingency basis, and has the resources to do so here.  Finkelstein

---

[1] Other cases in which Finkelstein Thompson has served in a leadership or co-leadership capacity include *Ryan Rodriguez v. West Publishing Corp. and Kaplan, Inc*., No. CV-05-3222 R(MCx) (C.D. Ca.) ($49 million settlement); *In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation*, No. 05cv1671 (C.D. Cal.) ($48 million settlement); *In re Natural Gas Commodity Litig.*, No. 03-6186 (S.D.N.Y.)(Co-Lead Counsel negotiating over $100 million in settlements); *Heliotrope Gen., Inc. v. Sumitomo Corp., et al*., No. 701679 (Cal. Super- San Diego)(Co-Lead Counsel negotiating settlement of $100 million).

Thompson also has the ability to commit significant time to this litigation.  Ms. Rezvani is assisted in this litigation by Michael G. McLellan a partner, and Rosalee B. C. Thomas, a senior associate.  *See* Ex. A.  Mr. McLellan has worked on the *Darvocet, Darvon and Propoxyphene* litigation and Ms. Thomas has worked on the *Avandia* and *Darvocet, Darvon and Propoxyphene* litigations.  Moreover, Finkelstein Thompson will commit additional resources to the case if the litigation requires it.

If appointed, Tracy Rezvani and Finkelstein Thompson will comply with any order that may issue concerning common benefit work done in conjunction with other plaintiffs' counsel in this litigation.

Date: May 11, 2012                              /s Tracy D. Rezvani_____

Tracy D. Rezvani, Esq.
**FINKELSTEIN THOMPSON LLP**
1077 30th Street, N.W., Suite 150
Washington, DC  20007
Tel: (202) 337-8000
Fax: (202) 337-8090
trezvani@finkelsteinthompson.com

**Benedict P. Morelli**

Founder and Partner of Morelli Ratner PC (formerly Benedict P. Morelli & Associates, P.C.) & former President of the New York State Trial Lawyers Association

Mr. Morelli has a degree from City College, NY 1971 and studied law at New York Law School. In 1973 he began his career as a law clerk in a personal injury law firm, becoming eligible for the bar exam in 1977. After being admitted to the New York State Bar he became a partner and then senior partner of that firm. He is admitted to the United States Supreme Court, the U.S. District Courts, Southern, Eastern Western and Northern districts of New York.

In June, 1998, after a partnership of over 21 years, Mr. Morelli dissolved his firm and started a new firm – Benedict P. Morelli & Associates, P.C. In June 2005, the name of that firm was changed to Morelli Ratner PC.\

Mr. Morelli has represented and does represent clients in Employment Discrimination cases (including racial discrimination, age discrimination, sexual harassment, sexual discrimination, and gender bias), false arrests, civil rights, complex product liability (including drug product liability – DES, Vioxx, Bextra, Ortho-Evra and Avandia), auto accidents, premises, labor law, and many other types of cases. In each of these areas, Mr. Morelli has gotten multi-million dollar results. He represents individual plaintiffs against many major corporations including many large investment banks.

For over thirty-five years of trying cases, Mr. Morelli has received numerous multi-million dollar verdicts. In 1995, his $40 million dollar verdict was featured in the National Law Journal as one of the "Top Ten Verdicts" in the United States.

He has tried every kind of civil case – from a person who tripped and fell over a raised door saddle and broke his hip ($2.6 million – the largest verdict in the country for that injury) to complex medical malpractice cases (the largest verdict in the country for blindness in one eye). He has attained the largest verdict for a loss of three fingers (medical malpractice) and the largest verdict for a crush injury to the arm.

In 2010, Mr. Morelli was lead counsel in a polio vaccine case which had been filed thirty years earlier and received a $22,500,000 verdict (the largest verdict in Supreme Court in Staten Island, NY history.) It was also the largest vaccine verdict in U.S. history.

Last year, Mr. Morelli was lead counsel in a sexual harassment trial in federal court in the Southern District of Illinois and received a $95,000,000 verdict (the largest single-plaintiff sexual harassment verdict in history.)

Approximately half the cases the firm handles are for other lawyers or law firms who choose him and his staff as their trial counsel because they think he is the best. Over the years he has always been considered a lawyer's lawyer. He not only has numerous law firms referring clients to him, but also has judges recommending clients to him. From the time he was admitted to the Bar through the present, Mr. Morelli has been first and foremost a trial lawyer.

In addition to trying cases, Mr. Morelli is a past President of the New York State Trial Lawyers Association and sustaining member and governor of the American Association for Justice, emeritus on the Board of Directors of the New York State Trial Lawyers Association, advocate rank in the American Board of Trial Advocates, member of the New York State Bar Association, American Bar Association, New York County Lawyer's Association, National Employment Lawyers Association, and past president of the Brooklyn-Manhattan Trial Lawyers Association.

Mr. Morelli has been listed in Best Lawyers in America continuously from 1997 through the present edition. He has also been selected by the New York State Trial Lawyers Association as one of New York's "Superstars."

For two seasons, Mr. Morelli was a regular on the nationally syndicated television show "Power of Attorney". He has also appeared as a guest on "The Today Show," "Good Morning America," "Aaron Brown," "Anderson Cooper 360," "Dateline NBC," "The View," "The Ananda Lewis Show," and "Court TV." A five page feature article written about him entitled "Benedict Morelli Feels Your Pain" appeared in New York Magazine.

He has taught and lectured for the National Institute of Trial Advocacy, Association of Trial Lawyers of the City of New York, New York State Bar Association ("Proving Damages in a Civil Trial"), and the New York State Trial Lawyers Association ("New York Superstars," "Trial Advocacy Workshop," "Summations," and "Cross-Examination"). Mr. Morelli was called upon to represent the plaintiff's bar to counsel insurance executives on how to resolve cases.

In the Avandia drug litigation, which is venued in the Eastern District Federal Court of Pennsylvania, he was selected as a member of the plaintiff's steering committee of the MDL as well as lead trial counsel on one of the first two cases to be tried in that court.

Mr. Morelli and his firm are currently representing claimants in mass tort litigations including Chantix, Raptiva, Levaquin, Propecia, Yaz/Yasmin, Transvaginal Mesh, Fosamax femur fracture and DePuy hip replacement cases.  The firm also represents hundreds of plaintiffs in the ongoing BP Oil Spill litigation.

**Jayne Conroy**

Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP

112 Madison Ave

New York, New York 10016

- Born March 29, 1958 Woburn, Massachusetts.
- B.A. Dartmouth College 1980
- J.D. New England School of Law 1985
- Admitted to practice and in good standing in state and federal courts in Massachusetts (1985), New York (1996) and District of Columbia (1996).

**MDL, Mass Tort and Committee Experience**

Mass tort litigation has been the focus of my entire career. Prior to my decision to represent only plaintiffs in 2002, I was national trial and coordinating counsel for a Fortune 100 company. For close to two decades my firm and I oversaw the defense of thousands of asbestos personal injury and property damage cases pending in all 50 states. Post-2002 I have represented plaintiffs in mass torts, muti-district litigation and state court consolidations. I list my most recent and relevant MDLs below, including my dates of involvement and my specific title or role in each.

- ***In Re: Zyprexa Products Liability Litigation,*** (E.D.N.Y.) (PSC member, resolved 2007);
- ***In Re: Bextra and Celebrex Marketing and Sales Practices and Products Liability Litigation,*** (N.D. Cal.) (State/Federal Liaison, Trial Counsel, Fee Committee Member, resolved 2009);
- ***In Re: Gadolinium-Based Contrast Agents Products Liability Litigation,*** (N.D. Ohio) (PSC member, resolved 2010);
- ***In Re: Chantix (Varenicline) Products Liability Litigation,*** (N.D. Ala.)(State/Federal Liaison, 2009 – present);
- ***In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation,*** (S.D. Ill.)(Co-Chair Law and Briefing Committee, 2009 – present; in resolution);
- ***In Re: Toyota Motor Corp. Unintended Acceleration Marketing, sales Practices and Products Liability Litigation,***(S.D. Cal.) (Member, Economic Loss Committee, 2010 - present);
- ***In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,*** (E.D. La.) (Science Committee member, 2010 – present);
- ***In Re: DePuy, Inc. ASR Hip Implant Products***, (S.D. Ohio)(PSC member, 2011 – present);
- ***In Re: DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation***, (N.D. Tex.) (PEC Member, 2012 – present);
- ***In Re: ACTOS (Piaglitazone) Products Liability Litigation,*** (W.D. La.)(PSC member, 2012 – present).



**Matthew J. Sill – Short Form Biography**

**Matthew J. Sill** focuses his practice on pharmaceutical and medical device mass torts, catastrophic injury, and class action litigation.  He is a frequent lecturer on dangerous drug cases.  In the last year alone, he has taught continuing legal education for the American Association for Justice on topics including Topamax®, Darvocet®, and preemption in generic pharmaceutical cases.  His most recent presentation for Harris Martin litigation conferences covered the current status of the Actos® litigation.

In 2011, Matthew was appointed to the Executive Committee (of the Plaintiffs' Steering Committee) for MDL 2266 *In re:  Darvon, Darvocet, and Propoxyphene Products Liability Litigation*.  He was also selected to be co-lead counsel for the Bank of Oklahoma cases for MDL 2036 *In re:  Checking Account Overdraft Litigation*.  His firm has a history of leadership in consolidated litigations, with members serving on the Plaintiffs' Steering Committee for MDL 1876 *In re:  Avandia Sales Marketing and Product Liability Litigation*, as class counsel in the Oklahoma Baycol Litigation, and as lead counsel in the Oklahoma Fen-Phen Diet Drug Litigation.

Matthew was on the trial team for *Stribling v. Wyeth*, the last successful (from a Plaintiff's perspective) Fen-Phen case tried to a verdict in Bergen County, New Jersey.  He has maintained one of the largest remaining diet drug PPH dockets in the nation over the last several years.

Other recent cases include the Las Vegas Hepatitis Litigation, Chinese Drywall Litigation, Trasylol Litigation, and air crash at Antlers, Oklahoma.   Matthew was also lead counsel for the Avandia Litigation in the Cherokee Nation, Muskogee Creek Nation, and Chickasaw Nation Tribal Courts.

Matthew serves on the Board of Directors for the Oklahoma Association for Justice and as a State Delegate to the American Association for Justice.  Matthew is a founding co-chair of AAJ's Propoxyphene Litigation Group.

Prior to his career as an attorney, Matthew worked for a well-known talent and literary agency in Beverly Hills, California.  He received his law degree from Whittier College in Southern California, and his Bachelor's Degree in Business Administration from the University of Oklahoma.

Matthew is a founding partner in Sill Law Group located in Edmond, OK.  Prior to the formation of the current firm, co-founder James Sill had more than 25 years experience with the leading Oklahoma firms West, Sill & Combs, and Henry, West & Sill, which have also produced an Oklahoma Supreme Court Justice, Tenth Circuit United States Court of Appeals Justice, and Oklahoma Governor.

Sill Law Group currently employs a diverse team of attorneys including a former scientist with a PhD in Chemistry and years of biomedical research experience focusing on the study of mechanisms leading to cancer.

## CURRICULUM VITAE OF MARTIN D. CRUMP
Davis & Crump, P. C.
1712 15th Street, Third Floor
Gulfport, MS 39501
(228) 863-6000
martincrump@daviscrump.com

## Davis & Crump, P.C.

Davis & Crump, P. C. is a law firm of six attorneys and thirty support staff located in Gulfport, Mississippi with over thirty-nine years of combined experience helping individuals in the areas of personal injury, medical malpractice, product liability and wrongful death.  Specifically, the partners of the firm have consistently practiced pharmaceutical/medical device litigation since 1993.  Mark W. Davis was instrumental in the settlement of the second group of fen-phen cases in the country and was named National Law Journal litigator of the month for November, 2002.  From 2009-2012, Martin Crump has been named in the top one hundred trial lawyers in his region.  Martin is also a member of the Multi-Million dollar Advocates Forum.

### State Court Admissions

Mississippi
Pennsylvania
Texas
District of Columbia
Missouri

### Court Admissions

Mississippi Supreme Court
Pennsylvania Supreme Court
Texas Supreme Court
Missouri Supreme Court
District of Columbia Court of Appeals
U. S. Court of Appeals for Veterans
U. S. Court of Appeals, Fifth Circuit
U. S. Court of Appeals, Eighth Circuit
U. S. District Court, Eastern District of Arkansas
U. S. District Court, Western District of Arkansas
U. S. District Court, Northern District of Mississippi
U. S. District Court, Southern District of Mississippi

### Legal Associations

Member of the Mississippi State Bar
Member of the Pennsylvania State Bar
Member of the Missouri State Bar
Member of the Texas State Bar
Member of the District of Columbia Bar

Member of the Harrison County Bar Association
Member of the Mississippi Association for Justice
Member of the Mass Tort Trial Lawyers Association
Member of the American Trial Lawyers Association
Member of the American Association for Justice

## MDL Appointments and Committee Service

Hydroxycut (MDL) Plaintiffs' Steering Committee
Hydroxycut (MDL) Plaintiffs' Co-Chair of Discovery Committee
Avaulta (MDL) Plaintiffs' Steering Committee
Chantix (MDL) Plaintiffs' Steering Committee
Darvocet (MDL) Plaintiffs' Executive Committee
Ethicon, Inc. (MDL) Plaintiffs' Steering Committee
Boston Scientific (MDL) Plaintiffs' Steering Committee
American Medical Systems (MDL) Plaintiffs' Steering Committee
Darvocet (MDL) Co-Chair of Plaintiffs' Discovery Committee

## Professional Employment

United States Bankruptcy Clerk, Oklahoma City, OK (1995–1997)
Waide Law Office, Attorney, Tupelo, MS (1997-2001)
Davis & Feder, Attorney, Gulfport, MS (2001-2009)
Davis & Crump, Attorney, Gulfport, MS (2009-present)

## Presentations

**July, 2011**      **"**Pliva, Inc., et al v. Mensing"
                American Association for Justice Darvocet Litigation Group, New York, New York

**August, 2011**    "Transvaginal Mesh Product Identification and Case Selection"
                American Association for Justice Transvaginal Mesh Litigation Group Teleseminar

**October, 2011**   "Substantive Issues in Case Selection for Transvaginal Mesh"
                American Association for Justice Transvaginal Mesh Litigation Group Teleseminar

**February, 2012**  "'An overview of Transvaginal Mesh' Hot Topics Symposium"
                American Association for Justice Winter Convention, Phoenix, AZ

**February, 2012**  "Substantive Issues in Cases Selection for Transvaginal Mesh"
                Mass Torts Made Prefect

**February, 2012**  "Status of Transvaginal Mesh State Court Litigation"
                American Association for Justice Transvaginal Mesh and Mentor OB Tape
                Litigation Group Teleseminar

## Miscellaneous

**2011**       Co-Chair for American Association for Justice Darvocet Litigation Group

Co-Chair for American Association for Justice Transvaginal Mesh Litigation Group

**2010**        Distinguished by American Trial Lawyers Association as one of the top 100 trial lawyers.

### Areas of Past and Present Pharmaceutical/Medical Devices Practice

In re Silicone Gel Breast Implant Product Liability Litigation – MDL No. 926

In re Copely Pharmaceutical, Inc. "Albuterol" Product Liability Litigation – MDL No. 1013

In re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Leads Product Liability Litigation – MDL No. 10507

In re Baycol Products Liability Litigation, MDL No. 1431

In re Bextra/Celebrex Product Liability Litigation – MDL No. 1699

In re Vioxx Product Liability Litigation – MDL No. 1657

In re Guidant Defibrillators Product Liability Litigation – MDL No. 1708

In re Medtronic Product Liability Litigation – MDL No. 1905

In re Trasylol Product Liability Litigation – MDL No. 1928

In re Ortho Evra Product Liability Litigation – MDL No. 1742

In re Prempro Product Liability Litigation – MDL No. 1507

In re Phenylpropanolamine (PPA) Product Liability Litigation – MDL No. 1407

In re Nuva Ring Litigation, MDL No. 1964

In re Propulsid Litigation, MDL No. 13555

In re Rezulin Litigation, MDL No. 1348

In re Zyprexa Litigation, MDL No. 1596

In re Hydroxycut Marketing and Sales Practice Litigation, MDL No. 2087

In re Depuy Orthopaedics, Inc., Pinnacle Hip Implant Product Liability Litigation – MDL No. 2244

In re Yaz/Yasmin (Drospirenone) Product Liability Litigation – MDL No. 2100

In re Chantix (Varenicline) Product Liability Litigation – MDL No. 2092

In re Depuy ASR Product Liability Litigation – MDL No. 2197

In re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation, MDL No. 2187

In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation, MDL No. 2325

In re Boston Scientific Corp., Pelvic Repair System Products Liability Litigation, MDL No. 2326

In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation, MDL No. 2327

In re Gadolinium-Based Contrast Agent Products Liability Litigation, MDL No. 1909

In re Skechers Toning Shoe Product Liability Litigation, MDL 2308

**State Litigations**

Hormone Replacement Therapy Litigation – Philadelphia, PA consolidated proceedings

Avandia Litigation – Philadelphia, PA consolidated proceedings

Trasylol Litigation – Philadelphia, PA consolidated proceedings

Gadolinium Litigation – Philadelphia, PA consolidated proceedings

Raptiva Litigation – Philadelphia, PA consolidated proceedings

Bausch & Lomb Litigation, New York, New York consolidated proceedings

Gadolinium Litigation – East St. Louis, Illinois consolidated proceedings

Avandia Litigation – East St. Louis, Illinois consolidated proceedings

Trasylol Litigation – East St. Louis, Illinois consolidated proceedings

Yaz/Yasmin Litigation – East St. Louis, Illinois consolidated proceedings

Lotronex Litigation – Jefferson County, Mississippi consolidated proceedings

Lead Litigation – Bolivar County, Mississippi consolidated proceedings

Zypreza Litigation – California consolidated proceedings

Hydroxycut Litigation- Philadelphia, PA consolidated proceedings

Reglan Litigation-Philadelphia, PA consolidated proceedings, California consolidated proceedings