BEFORE:    VIKTOR V. POHORELSKY             DATE:   1/9/13
                U.S. MAGISTRATE JUDGE        START TIME:   2:00 p.m.
                                                                   END TIME:   2:30 p.m.
DOCKET NO.   12-MD-2331                                JUDGE:   JG

CASE NAME:    In re Propecia (Finasteride) Products Liability Litigation

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status and Scheduling

APPEARANCES:    Plaintiffs    See Attached
                         Defendant    See Attached
               Court Reporter    Mary Agnes Drury

SCHEDULING AND RULINGS:

1.    The next status conference will be held on **March 6, 2013 at 2:00 p.m.**

2.    Status reports provided re Plaintiffs' Fact Sheet (including medical authorizations), ESI, deposition protocol, Defendant Fact Sheet, privilege log, common benefit order, and discovery. Judicial intervention may be needed to resolve privilege issues and disputes concerning the discovery sought by the plaintiffs. Briefing schedules will be set upon application of the parties, with argument to be heard (as necessary) at the next conference.

**IN RE PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION**
**12 - MD - 2331**

<u>Appearances</u>

| | |
|---|---|
| Plaintiffs | Trent Miracle, Esq. |
| | Alan Milstein, Esq. |
| | Clinton Fisher, Esq. |
| | David Sirotkin, Esq. |
| | Tim Becker, Esq. (by telephone) |
| | David Ratner, Esq. |
| | Martin Crump, Esq. |
| | Randi Kassan, Esq. |
| | |
| Defendants | Charles F. Morrow, Esq. (Merck) |
| | Matthew McLaughlin, Esq. (Merck) |
| | Shawn Romer, Esq. (Van Scoy/PAI) (12 CV 2051) |