UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Master File No.: 1:12-md-02331-JG-VVP<br>MDL No. 2331<br><br>Magistrate Judge Viktor Pohorelsky |

**PARTIES' JOINT PROPOSED AGENDA FOR
May 1, 2013 STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's May, 2013 Status Conference.

1. Pre-motion Conference for Motion to Dismiss filed in the matter of *Phelps et al. v. Merck & Co., Inc., et al.*, No. 1:13cv00516;

2. Update on the status of the Plaintiffs' Fact Sheet with submission of proposed Plaintiff Fact Sheet that has been jointly agreed to;

3. Update on the status of the Order governing responses to PPF and request for briefing schedule.

4. Update on issues related to Medical Authorization and submission of proposed Medical Authorization that has been jointly agreed to;

5. Update on the status of the Electronically Stored Information ("ESI") protocol and request for briefing schedule;

6. Update on the status of the Order governing claims of Privilege and request for briefing schedule;

7. Update on the status of the Defense Fact Sheet.

8. Update on Discovery (report from Parties regarding discovery progression, plan for deposition protocol and report by Defendant regarding anticipated date for product of *Pope* Production in un-redacted form pursuant to new proposed ESI protocol) and request for briefing schedule;

9. Presentation of issues related to particular actions where multiple plaintiffs are joined and submission of procedure to separate plaintiffs by stipulation;

10. Update on Common Benefit Order;

1

11. Submission of final protective order for entry;[1]

12. Miscellaneous issues/reports (e.g., status of remand motion, complaints filed by foreign plaintiffs); and

13. Selection of additional Status Conference dates.

Dated:  April 26, 2012

Respectfully submitted,

/s/  Matthew T. McLaughlin
Matthew T. McLaughlin, Esq.
Sumit Som, Esq.
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY  10020
Telephone:  (212) 307-5500
Facsimile:  (212) 307-5598
Email:  mtmclaughlin@venable.com
Email:  ssom@venable.com

Charles F. Morrow, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
1020 Highland Colony Parkway, Suite 1400
Post Office Box 6010
Ridgeland, Mississippi  39158-6010
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
Email: chip.morrow@butlersnow.com

***Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.***

Timothy J. Becker, Esq.
Johnson Becker, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
Email: tbecker@johnsonbecker.com

Marc D. Grossman, Esq.
Sanders Viener Grossman, LLP
100 Herricks Road

---

[1] The contents of the Protective Order has been agreed to by the parties and approved by the Court. However, the docket does not reflect a signed Protective Order, and accordingly, we will present a copy of the Order for signature by the Court.

Mineola, NY, 11501
Phone: (516) 741-5252
Fax: (516) 741-0799
Email: mgrossman@thesandersfirm.com

Trent B. Miracle, Esq.
Simmons Browder Gianaris,
Angelides & Barnerd, LLC
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
Email: tmiracle@simmonsfirm.com

Theodore E. Laszlo, Jr., Esq.
Lazlo Law
2595 Canyon Blvd., Suite 210
Boulder, CO 80302
Phone: (303) 926-0410
Fax: (303) 443-0758
Email: tlaszlo@laszlolaw.com

Alan C. Milstein, Esq.
Sherman Silverstein Kohl Rose & Podolsky
East Gate Center
308 Harper Drive – Suite 200
Moorestown, NJ 08057
Phone: (856) 662-0700
Fax: (856) 488-4744
Email: amilstein@shermansilverstein.com

*Plaintiffs' Executive Committee*