BEFORE:     VIKTOR V. POHORELSKY                    DATE:      5/1/13
            U.S. MAGISTRATE JUDGE              START TIME:     2:00 p.m.
                                                 END TIME:     3:30 p.m.
DOCKET NO.    12-MD-2331                             JUDGE:    JG

CASE NAME:     In re Propecia (Finasteride) Products Liability Litigation

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:     Status and Scheduling

APPEARANCES:    Plaintiffs       See Attached
                Defendant        See Attached
                Court Reporter   Holly Driscoll, Ronald Tolkin

SCHEDULING AND RULINGS:

1.      The next status conference will be held on **July 17, 2013 at 2:00 p.m.**

2.      The proposed motion to dismiss by Bosley Inc. and Bosley Medical Group, S.C. shall
        be made on the following schedule:

        a.      Moving papers to be served (not filed) by May 29, 2013
        b.      Opposition papers to be served (not filed) by June 26, 2013
        c.      Reply papers to be served by July 10, 2013
        d.      All papers are to be filed on July 11, 2013
        e.      Argument will be scheduled as deemed necessary by the court.

3.      Status reports provided re Plaintiffs' Fact Sheet (including medical authorizations),
        ESI, Defense Fact Sheet, common benefit order, and discovery.

4.      Previously addressed Protective Order, reflecting rulings made by the court at the
        conference on September 6, 2012, submitted and entered.

5.      Upon consent of the parties, each plaintiff in cases with multiple plaintiffs will be
        given a separate docket number, so that a separate electronic docket sheet will be
        created for each plaintiff containing only the filings applicable to that plaintiff.

6.      On or before May 22, 2013, counsel representing foreign plaintiffs shall either file a
        stipulation dismissing the claims made by those plaintiffs or provide the following
        information to the defendants:

        a.      The residence of the plaintiff at the time he was prescribed the finasteride
                product and at the time he ingested the product;

    b.      The place where the prescription was filled;

    c.      The identity and location of the prescribing physician;

    d.      The identity and location of the physician who treated the plaintiff for any alleged injuries suffered as a result of ingestion;

    e.      The location of medical records including the medical history of the plaintiff

7. The defendants shall begin rolling production of all non-ESI documents to which no objection has been made by June 1, 2013.

8. Any unresolved issues concerning (i) a proposed Order governing responses to the Plaintiffs' Fact Sheet, (ii) Electronically Stored Information, (iii) a proposed Order governing claims of privilege that the parties are unable to resolve will be addressed at the next conference.  By July 3, 2013, the parties are to simultaneously file their briefs concerning those issues.

9. A hearing on the motion to compel discovery that the plaintiffs anticipate will be held on **August 14, 2013 at 2:00 p.m.**  The motion will be briefed on the following schedule:

    a.      Moving papers to be filed by July 17, 2013;

    b.      Opposition papers to be filed by July 31, 2013

    c.      Reply papers to be filed by August 7, 2013

**IN RE PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION**
**12 - MD - 2331**

<u>Appearances</u>

Plaintiffs               Trent Miracle, Esq.
                         Alan Milstein, Esq.
                         Clinton Fisher, Esq.
                         Tim Becker, Esq.
                         David Ratner, Esq.
                         Theodore E. Laszlo, Jr., Esq.

Defendants               Charles F. Morrow, Esq. (Merck)
                         Matthew McLaughlin, Esq. (Merck)
                         Emily Hicks, Esq. (Mylan, Inc.)
                         Michele Levin (Bosley, Inc.)