UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE

| | |
|---|---|
| PROPECIA (FINASTERIDE) PRODUCT LIABILITY LITIGATION | **ORDER**<br>MD 12-2331 (JG)(VVP) |
| M.D.L. No. 2331 | ALL CASES |

-------------------------------------------------------------x

**POHORELSKY, U.S. Magistrate Judge:**

In accordance with the discussions at the May 1, 2013 Status Conference, in those cases where multiple plaintiffs are joined in a single action, the plaintiffs are hereby severed for docketing purposes such that each plaintiff will be assigned a separate docket number. The Clerk of Court is directed to reassign each individual plaintiff its own civil action number. The parties shall coordinate with the Clerk's Office's Case Management Specialist August Marzilliano to ensure compliance with the court's directive. The requirement that each case be assessed a separate filing fee is waived.

                                                                                                                    **SO ORDERED:**

                                                                                             *Viktor V. Pohorelsky*
                                                                                             VIKTOR V. POHORELSKY
                                                                                             United States Magistrate Judge

Dated: Brooklyn, New York
         June 25, 2013