**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

**IN RE PROPECIA (FINASTERIDE)
PRODUCT LIABILITY LITIGATION**           **12-MD-2331 (BMC)(PK)**
-------------------------------------------------------------x

**THIS DOCUMENT APPLIES TO:**
*All Cases*
-------------------------------------------------------------x

### NOTICE OF FILING OF RESPONSES TO THE COURT'S ORDER TO SHOW CAUSE BY DEFENDANTS MERCK & CO., INC. AND MERCK SHARP & DOHME CORP.

On April 17, 2020, the Court entered an Order to Show Cause in MDL 2331 (Master Docket Case No. 1:12-MD-2331-BMC-PK) related to four cases pending in the MDL.

In accordance with the Court's Order, Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. have filed a Response in the individual dockets of the cases referenced in the Court's Order, and which are incorporated by reference herein. A list of the cases and the docket numbers is as follows:

| Plaintiff's Name | Case Number | Merck's Response (filed April 24, 2020) |
|---|---|---|
| *Crespo, Liniers and Lourdes* | 1:13-cv-2388 (BMC) (PK) | Doc. 119 |
| *Howze, J.L.* | 1:14-cv-0297 (BMC) (PK) | Doc. 145 |
| *Gorris, Austin* | 1:15-cv-1682 (BMC) (PK) | Doc. 54 |
| *Pfaff, Kelly S. et al* | 1:15-cv-3355 (BMC) (PK) | Doc. 44 |

Respectfully submitted,

*/s/ Charles F. Morrow*
Charles F. Morrow, Esq.
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue, Suite 500

Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: chip.morrow@butlersnow.com

Matthew T. McLaughlin, Esq.
Michael A. Guerra, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Email: mtmclaughlin@venable.com
Email: maguerra@venable.com

***Attorneys for Defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I have caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys.

I further certify that I have served this document, by United States mail, upon the *pro se* plaintiffs in the *Howze* and *Crespo* cases:

J L Howze
CDC P-47981
Pelican Bay State Prison D7-104
P.O. Box 7500
Crescent City, CA 95532

Liniers G. Crespo and Lourdes Crespo
4978 Quality Trail
Orlando, FL 32829

                                        *s/ Charles F. Morrow*