UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

IN RE PROPECIA (FINASTERIDE)
PRODUCT LIABILITY LITIGATION                    12-MD-2331 (BMC)(PK)

---------------------------------------------------------------x

THIS DOCUMENT APPLIES TO:                       **AFFIDAVIT OF**
                                                **RAQUEL LUCAS HERRAIZ**
                                                **IN SUPPORT**
                                                **OF MOTION TO ADMIT**
**ALL CASES**                                   **COUNSEL *PRO HAC VICE***
**-------------------------------------------------------------x**

**STATE OF NEW YORK**            )
                                 )        **SS:**
**COUNTY OF NEW YORK**           )

Raquel Lucas Herraiz, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Butler Snow LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My New York bar number is 5407846.

1

8.      Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this litigation for Merck & Co., Inc. and Merck Sharp & Dohme Corp.

Dated: April 7, 2021

_____
Raquel Lucas Herraiz (NY Bar No. 5407846)
BUTLER SNOW LLP
810 7th Avenue
Suite 1105
New York, New York 10019
Telephone: (646) 588-1996
Fax: (646) 606-3995
E-Mail: Raquel.Lucas@butlersnow.com

**SWORN to and subscribed before me on**

this 7 day of April 2021

_____
Notary Public for the State of New York

My Commission Expires: 1/28/23

ANDREW RYAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RY6386701
Qualified in Nassau County
Commission Expires January 28, 2023

2



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Raquel Lucas Herraiz

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 21, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on April 6, 2021.

Clerk of the Court

CertID-00008754