UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                 :
IN RE: PROPECIA (FINASTERIDE)     :    12-md-2331 (BMC) (PK)
PRODUCTS LIABILITY LITIGATION    :
                 :    MDL No. 2331
As to All Related and Member Cases    :
                 :
----------------------------------------------------------- X

**COGAN**, District Judge.

## ORDER CLOSING CASE

All member cases in this multi-district litigation proceeding, having been resolved by summary judgment, settlement, or voluntary dismissal, this MDL case is hereby closed.

**SO ORDERED.**

*Brian M. Cogan*
U.S.D.J.

Dated: Brooklyn, New York
        January 18, 2023